UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**

NOV 1 4 2005



CLERK

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```
|  |  |
|---|---|
| JOSE MARIA SANCHEZ, | *     CIV. 05-4168 |
| Plaintiff, | * |
| vs. | *     ORDER DETERMINING |
| | *     IN FORMA PAUPERIS STATUS |
| DOUGLAS L. WEBER, Warden, | * |
| Defendant. | * |
```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

It satisfactorily appears from the prison records that the average monthly deposits to plaintiff's prisoner trust account for the past six months was $10.00, and that his average monthly balance for the past six months was a *negative* $123.62. The current balance of his prisoner trust account is a *negative* $55.57.

The court finds that plaintiff is not required by the Prison Litigation Reform Act, 28 U.S.C. § 1915, to make an initial partial filing fee.

Upon the record,

IT IS ORDERED:

1.    That plaintiff's motion to proceed in forma pauperis (Doc. 2) is granted, subject to further review to determine if this action should hereafter be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

2.    That the institution having custody of the plaintiff is hereby directed that whenever the amount in plaintiff's trust account exceeds $10.00, monthly payments that equal 20% of the funds credited the preceding month to the plaintiff's trust account shall

be forwarded to the U.S. District Court Clerk's Office pursuant to 28 U.S.C. §

1915(b)(2), until the filing fee is paid in full.

Dated this _14th_ day of November, 2005.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, CLERK

By: _Shelly Margulies_ , Deputy

(SEAL)